IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 14-mj-1030 |
| v. | ) | |
| | ) | |
| KEVIN HOWARD | ) | |

ORDER

The defendant's motion to substitute counsel (Docket Entry No. 24) is GRANTED.

Peter J. Strianse is hereby substituted as counsel for the defendant.

The Clerk is directed to terminate Caryll S. Alpert as counsel for the defendant.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge